**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02314-LTB-MEH

CALLCOMM, INC., a Colorado corporation,

    Plaintiff,

v.

ALLIED WASTE TRANSPORTATION, INC. d/b/a ALLIED WASTE SERVICES OF DENVER, a Delaware corporation,

    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


    Pursuant to Plaintiff's Withdrawal of Motion to Remand Case to State Court (Doc 10 - filed November 6, 2009), the Motion to Remand (Doc 8) is WITHDRAWN.




Dated:  November 10, 2009
_____