**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02314-LTB-MEH

CALLCOMM, INC., a Colorado corporation,

      Plaintiff,

v.

ALLIED WASTE TRANSPORTATION, INC.,
d/b/a ALLIED WASTE SERVICES OF DENVER, a Delaware corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With
Prejudice (Doc 12 - filed January 8, 2010), and the Court being fully advised in the
premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to
pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:  January 11, 2010